Judge : HON. KAREN A. OVERSTREET
Chapter: Chapter 7

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONKKA TRUCKING AND EXCAVATING, LLC., <br><br> Debtor. | Bankruptcy No. 10-10222 |
| PETER ARKISON, TRUSTEE, solely in his capacity as Chapter 7 Trustee of the estate of Tonkka Trucking and Excavating, LLC., <br><br> Plaintiff, <br><br> v. <br><br> KORNERSTONE ENTERPRISES <br><br> and <br><br> HERB YOUNG and JANE DOE YOUNG, husband and wife and the marital community composed thereof, <br><br> Defendants. | Adversary No. 12-1040 <br><br> FIRST AMENDED COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS AND PREFERENTIAL TRANSFERS |

## I. INTRODUCTION

PETER ARKISON, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Tonkka Trucking & Excavating, LLC., by and through his undersigned counsel, complains as set forth below.

## II. JURISDICTION AND VENUE

2.1     This is an action to recover estate property by avoiding   preferential and/or fraudulent transfers, and thus is a "core proceeding" pursuant to 28 U.S.C. §157(b)(2) (F), (H), and (O).

FIRST AMENDED
COMPLAINT TO  AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 1

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 1 of 8

2.2    This Court has jurisdiction to hear this complaint pursuant to 28 U.S.C. §157(a) and (b), 1334(a) and (b), and 11 U.S.C. §§105, 510, 544, 547, 548, and 550.

2.3    This matter has been referred to the Bankruptcy Judges of the District pursuant to General Rule 7 of the Rules for the United States District Court for the Western District of Washington.

2.4    Venue is proper under 28 U.S.C. §1409.

### III. PARTIES

3.1    <u>Debtor</u>. Tonkka Trucking and Excavating, LLC., ("Debtor" or "Tonkka") filed a voluntary chapter 7 bankruptcy petition on January 12, 2010 ("Petition Date").

3.2    <u>Trustee</u>.  Peter Arkison ("Arkison" or "Trustee") was appointed as the Chapter 7 Trustee for the Tonkka estate on or about January 12, 2010.  The Trustee is authorized to bring this action pursuant to §§544, 547, 548, and 550 of the Bankruptcy Code and does so solely in his capacity as Trustee for the Tonkka estate.

3.3    <u>Defendants.</u> Kornerstone Enterprises is a sole proprietorship of Herb and Jane Doe Young.  Herb and Jane Doe Young are husband and wife and constitute a marital community and any act done by one was done for the benefit of the community.

### IV. STATEMENT OF FACTS

4.1    Upon information and belief the trustee alleges that the Debtor did not have any business relationship with the Defendants and at no time relevant herein did the Debtor owe any funds to the Defendants.

4.2.    The debtor made the following transfers to the Defendants:

| 2/16/06 | ck 3942 | Kornerstone | $1,125.00 |
|---|---|---|---|
| 2/21/06 | ck 3960 | Kornerstone | $1,200.00 |
| 4/5/06 | ck 4013 | Kornerstone | $1,125.00 |
| 4/12/06 | ck 4024 | Kornerstone | $1,125.00 |
| 4/17/06 | ck 4041 | Kornerstone | $1,125.00 |
| 4/24/06 | ck 4046 | Kornerstone | $1,125.00 |

FIRST AMENDED
COMPLAINT TO  AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 2

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 2 of 8

| Date | Check | Payee | Amount |
|---|---|---|---|
| 5/2/06 | ck 4050 | Kornerstone | $1,125.00 |
| 5/15/06 | ck 4074 | Kornerstone | $1,125.00 |
| 5/22/06 | ck 4079 | Kornerstone | $1,125.00 |
| 6/2/06 | ck 4086 | Kornerstone | $1,125.00 |
| 6/5/06 | ck4089 | Kornerstone | $1,125.00 |
| 6/13/06 | ck 4092 | Kornerstone | $1,125.00 |
| 6/19/06 | ck 4096 | Kornerstone | $1,125.00 |
| 6/27/06 | ck 4105 | Kornerstone | $1,125.00 |
| 7/12/06 | ck 4111 | Kornerstone | $1,125.00 |
| 7/18/06 | cl 4118 | Kornerstone | $1,125.00 |
| 7/25/06 | ck 4128 | Kornerstone | $1,200.00 |
| 7/31/06 | ck 4135 | Kornerstone | $1,200.00 |
| 7/31/06 | ck 4136 | Kornerstone | $1,200.00 |
| 8/7/06 | ck 4140 | Kornerstone | $1,200.00 |
| 8/14/06 | ck 4147 | Kornerstone | $1,200.00 |
| 8/14/06 | ck 4148 | Kornerstone | $1,200.00 |
| 8/23/06 | ck 4155 | Kornerstone | $1,200.00 |
| 9/5/06 | ck 4166 | Kornerstone | $2,400.00 |
| 12/8/06 | cc | Kornerstone | $1,200.00 |
| 4/1/07 | CC | Kornerstone | $1,150.00 |
| 1/15/2008 | ckl 4607 | Kornerstone | 1,200.00 |
| 1/28/2008 | ck 4628 | Kornerstone | 700.00 |
| 2/4/2008 | ck 4642 | kornerstone | 1,200.00 |
| 2/12/2008 | ck 4648 | Kornerstone | 1,200.00 |
| 2/19/2008 | ck 4666 | Kornerstone | 1,200.00 |
| 2/22/2008 | ck 4673 | Kornerstone | 1,200.00 |
| 3/3/08 | ck 4683 | Kornerstone | $1,200.00 |
| 3/10/08 | ck 4691 | Kornerstone | $1,200.00 |
| 3/19/08 | ck 4702 | kornerstone | $1,200.00 |
| 3/24/08 | ck 4709 | Kornerstone | $1,200.00 |
| 3/31/08 | ck 4729 | Kornerstone | $1,200.00 |
| 4/7/08 | ck 4739 | Kornerstone | $1,200.00 |
| 4/14/08 | ck 4734 | Kornerstone | $1,200.00 |
| 4/21/08 | ck 4756 | Kornerstone | $1,200.00 |
| 5/5/08 | ck 4773 | Kornerstone | $1,250.00 |
| 5/14/08 | ck 4787 | Kornerstone | $1,250.00 |
| 5/19/08 | ck 4804 | Kornerstone | $1,250.00 |
| 5/27/08 | ck 4811 | Kornerstone | $1,250.00 |
| 5/30/08 | ck 4830 | Kornerstone | $1,250.00 |

FIRST AMENDED
COMPLAINT TO AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 3

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 3 of 8

| Date | Check | Payee | Amount |
|---|---|---|---|
| 6/10/08 | ck 4836 | Kornerstone | $1,250.00 |
| 6/13/08 | ck 4846 | kornerstone | $1,250.00 |
| 6/23/08 | ck 4859 | Kornerstone | $1,250.00 |
| 6/27/08 | ck 4874 | Kornerstone | $1,250.00 |
| 7/6/08 | ck 4108 | Kornerstone | $1,125.00 |
| 7/8/08 | ck 4882 | Kornerstone | $1,250.00 |
| 7/11/08 | ck 4888 | Kornerstone | $1,250.00 |
| 7/18/08 | ck 4899 | Kornerstone | $1,250.00 |
| 7/28/08 | ck 4906 | kornerstone | $1,250.00 |
| 8/4/08 | ck 4914 | Kornerstone | $1,250.00 |
| 8/11/08 | ck 4922 | Kornerstone | $1,250.00 |
| 8/18/08 | ck 4940 | Kornerstone | $1,250.00 |
| 8/22/08 | ck 4952 | Kornerstone | $1,250.00 |
| 1/5/09 | Check #5125 | Kornerstone | $1,250.00 |
| 1/12/09 | Check #5133 | Kornerstone | $1,250.00 |
| 1/20/09 | Check #5134 | Kornerstone | $1,050.00 |
| 1/22/09 | Check #5144 | Kornerstone | $1,250.00 |
| 2/2/09 | Check #5154 | Kornerstone | $1,250.00 |
| 2/9/09 | Check #5164 | Kornerstone | $1,250.00 |
| 2/17/09 | Check #5181 | Kornerstone | $1,250.00 |
| 2/23/09 | Check #5187 | Kornerstone | $1,250.00 |
| 3/2/09 | check #5192 | Kornerstone | $1,250.00 |
| 3/9/09 | Check #5196 | Kornerstone | $1,250.00 |
| 3/17/09 | Check #5205 | Kornerstone | $1,250.00 |
| 3/24/09 | Check #5218 | Kornerstone | $1,250.00 |
| 4/6/09 | Check #5237 | Kornerstone | $1,250.00 |
| 4/13/09 | Check #5248 | Kornerstone | $1,250.00 |
| 4/17/09 | Check #5251 | Kornerstone | $1,250.00 |
| 4/24/09 | Check #5268 | Kornerstone | $1,250.00 |
| 5/13/09 | Check #5275 | Kornerstone | $1,250.00 |
| 5/21/09 | Check #5300 | Kornerstone | $1,650.00 |
| 6/15/09 | Check #5333 | Kornerstone | $625.00 |
| 6/29/09 | Check #5351 | Kornerstone | $620.00 |
| 4/28/20087 | ck 4764 | Kornerstone | $1,200.00 |
| | Total | | $46,367.96 |

4.3 Upon information and belief there were other transfers made by the Debtor to the Defendants.

FIRST AMENDED COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS AND PREFERENTIAL TRANSFERS
Page 4

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 4 of 8

# V. FIRST CAUSE OF ACTION -- FRAUDULENT TRANSFERS
# §548 OF THE CODE AS TO DEFENDANTS

5.1 Paragraphs I through IV and all subsections thereof are hereby repeated and incorporated as though set forth herein.

5.2 Within two years of filing the bankruptcy petition herein, and while the Debtor was insolvent, the Debtor made those transfers set forth in paragraph IV above to or for the benefit of the Defendants.

5.3 The Debtor did not receive reasonably equivalent value for the transfers set forth in paragraph IV above which were made to or for the benefit of the Defendants.

5.4 The Debtor was insolvent on the date of the transfers referenced in paragraph IV above. Alternatively, the Debtor became insolvent as a result of such transfers to the Defendants.

5.5 The Debtor made the transfers referred to in paragraph IV above to the Defendants with actual intent to hinder, delay and defraud creditors to whom the Debtor was indebted on or after the date of the transfers.

5.6 The transfers to the Defendants set forth in paragraph IV are avoidable pursuant to 11 U.S.C. §548 as stated therein as they were either a) made with actual intent to hinder, delay or defraud creditors to whom the Debtor was indebted on or after the date of the transfers; or b) the Debtor received less than reasonably equivalent value in exchange for the transfers, became insolvent or was insolvent at the time of the transfers, leaving the Debtor with an unreasonably low capital account or leaving the Debtor unable to pay its debts as they matured.

5.7 The transfers made to the Defendants as set forth in paragraph IV above are avoidable by the Trustee under 11 U.S.C. §548(a)(1) and/or (a)(2).

# VI. SECOND CAUSE OF ACTION– FRAUDULENT CONVEYANCES
# 11 U.S.C. § 544 AND RCW 19.40. TO DEFENDANTS

FIRST AMENDED
COMPLAINT TO AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 5

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 5 of 8

6.1     Paragraphs I through V and all subsections thereof are hereby repeated and incorporated as though fully set forth herein.

6.2     The Debtor made the transfers set forth in paragraph IV above which are avoidable pursuant to RCW 19.40.010 et. seq. as stated therein.

6.3     The transfers by the Debtor to Defendants as set forth in paragraph IV above were made with actual intent to hinder, delay or defraud creditors of the Debtor.

6.4     The transfers by the Debtor to Defendants as set forth in paragraph IV were made without the Debtor receiving reasonably equivalent value in exchange for the transfers.

6.5     The transfers by the Debtor to the Defendants as set forth in paragraph IV above caused the Debtor to engage or thereafter engage in business for which the remaining assets of the Debtor were unreasonably small in relation to the business or transactions.

6.6     The transfers by the Debtor to the Defendants should have caused the Debtor to believe that it would incur debts beyond its ability to pay as they became due.

6.7     The transfers by the Debtor to the Defendants as set forth in paragraph IV above were not made in exchange for reasonably equivalent value.

6.8     The Debtor was insolvent on the date of each and every transfer set forth in paragraph IV above. Alternatively, the Debtor became insolvent as a result of the transfers.

### VII. THIRD CAUSE OF ACTION PREFERENTIAL TRANSFERS §547 OF THE CODE AS TO DEFENDANTS

7.1     Paragraphs I-VI, and all subsections thereof, are hereby repeated and incorporated as though fully set forth herein.

FIRST AMENDED
COMPLAINT TO AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 6

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 6 of 8

7.2     The payments by the Debtor to the Defendants constitute transfers by the Debtor of an interest in property.

7.3     The transfers from the Debtor to the Defendants were made for or on account of an antecedent debt owed by the Debtor to the Defendants.

7.4     The transfers referred to in Paragraph IV, above, were made by the Debtor to the Defendants within 90 days of the Petition Date.

7.5     At the time of the transfers referred to in Paragraph IV, above, the Debtor was insolvent.

7.6     The transfers referred to in Paragraph IV, above, enabled the Defendants to receive more than it would have received if the case were a case under Chapter 7 of Title 11 of the United States Code, the transfers had not been made, and the Defendants received payment of its debts to the extent provided by the provisions of Title 11 of the United States Code.

### VIII. FOURTH CAUSE OF ACTION: PRESERVATION OF AVOIDED TRANSFERS

8.1     Paragraphs I through VI above and all subsections thereof are hereby repeated and incorporated as though fully set forth herein.

8.2     Any and all transfers avoided under the claims for relief set forth in Paragraphs I-VI, above, are preserved for the benefit of the estate pursuant to 11 U.S.C. §§ 550 and 551.

### IX. PRAYER FOR RELIEF

9.1     The Trustee asks for the following relief:

9.2     That the Court determine the transfers by the Debtor to the Defendants as set forth in Paragraph IV, above, constitute fraudulent transfers which are avoidable pursuant to 11 U.S.C. §§544, 548 and 550 and/or RCW 19.40 et. al.

FIRST AMENDED
COMPLAINT TO AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 7

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 7 of 8

9.3 That the Court determine the transfers by the Debtor to the Defendants as set forth in Paragraph IV, above, constitute preferential transfers which are avoidable pursuant to 11 U.S.C. §§544, 547 and 550 of the Bankruptcy Code

9.4 That the Court enter an order consistent with this Complaint and a judgment in an amount to be determined against the Defendants in favor of the Chapter 7 Trustee, Peter Arkison, plus interest from the date of the transfers, and such other relief as this Court deems just and proper.

Dated this 11th day of January, 2012.

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSB #19464
Attorney for Chapter 7 Trustee
Peter Arkison

FIRST AMENDED
COMPLAINT TO AVOID AND
RECOVER FRAUDULENT TRANSFERS
AND PREFERENTIAL TRANSFERS
Page 8

**Wood & Jones, P.S.**
303 N. 67th Street.
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 2    Filed 01/11/12    Ent. 01/11/12 17:46:37    Pg. 8 of 8