# WOOD & JONES
A Professional Service Corporation
303 N. 67th Street
Seattle, Washington 98103

Jack Jones**
Denice E. Moewes*
Edmund J. Wood
*also admitted to practice in Maryland
**(1991)

Telephone:
(206) 623-4382
Fax:
(206) 224-4895

February 13, 2012

Judge Karen A. Overstreet
U.S. Bankruptcy Court
700 Stewart Street #7206
Seattle WA 98101-1271

    Re:    Adversary Case No. 12-1040
            Arkison v Kornerstone Enterprises et al
            Main Case 10-10222 - Tonkka Trucking and Excavating, LLC.

Dear Judge Overstreet:

We have not been able to achieve service on the defendants as yet.

We are requesting reissuance of the summons as we now have a current address available for service.

                Very truly yours,

                */s/ Denice E. Moewes*

                Denice E. Moewes
                Attorney for Chapter 7 Trustee R. Brown