Judge Karen A. Overstreet
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**TONKKA TRUCKING AND EXCAVATING, LLC**<br><br>Debtor.<br>_____<br><br>**PETER ARKISON, solely in his capacity as chapter 7 trustee of the estate of Tonkka Trucking and Excavating LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**KORNERSTONE ENTERPRIZES**<br><br>And<br><br>**HERB YOUNG AND JANE DOE YOUNG, husband and wife and the marital community composed thereof,**<br><br>Defendants. | **Case No. 10-10222-KAO**<br><br><br><br>**Adversary No. 12-01040**<br><br><br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

THE UNDERSIGNED declares under penalty of perjury of the laws of the State of Washington that on February 16, 2012 the undersigned caused to be deposited in the mails of the United States of America a 1) properly regular stamped and addressed envelope as well as 2) a properly stamped and addressed envelope with certified certificate/return receipt requested to:

Kornerstone Enterprizes
31926 81st Dr NW
Stanwood WA 98292-9803

Herb D. Young and Jane Doe Young
31926 81st Dr NW
Stanwood WA 98292-9803

containing a copy of **Reissued Summons and Notice of Pretrial Conference in an Adversary Proceeding** and **First Amended Complaint** in the above-captioned matter.

PROOF OF SERVICE

**WOOD & JONES, P.S.**
303 N. 67TH STREET
SEATTLE, WA 98103-5209
206-623-4382

Signed at Seattle, Washington on February 17, 2012.

           WOOD & JONES, P.S.

           */s/ Tess Kent*
           Tess Kent
           Legal Assistant

PROOF OF SERVICE      **WOOD & JONES, P.S.**
303 N. 67TH STREET
SEATTLE, WA 98103-5209
206-623-4382

Case 12-01040-MLB   Doc 6   Filed 02/17/12   Ent. 02/17/12 13:37:35   Pg. 2 of 6

Wood & Jones PS
303 N. 67th Street
Seattle WA 98103-5209

Kornerstone Enterprizes
31926 81st Dr NW
Stanwood WA 98292-9803

7006 0810 0006 5071 1402
return receipt requested

WOOD & JONES, P.S.
303 N. 67TH STREET
SEATTLE WA 98103-5209

Kornerstone Enterprizes
31926 81st Dr NW
Stanwood WA 98292-9803

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kornerstone Enterprises
   31926 81st Dr. NW
   Stanwood WA
   08 292.4803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7006 0810 0006 5071 1402
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

$ 000.65

WOOD & JONES, P.S.
303 N. 67TH STREET
SEATTLE WA 98103-5209

Herb D. Young and Jane Doe Young
3926 81st Dr NW
Stanwood WA 98292-9803

CERTIFIED MAIL

7006 0810 0006 5071 1396
Return receipt requested

Herb D. Young and Jane Doe Young
3926 81st Dr NW
Stanwood WA 98292-9803

WOOD & JONES, P.S.
303 N. 67TH STREET
SEATTLE WA 98103-5209

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Herb D. Young and Jane Doe Young
31926 81st Dr NW
Stanwood WA 98292-9803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 5071 1396

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540