Jeffrey C. Wishko, WSBA #12885  
Anderson Hunter Law Firm, P.S.  
2707 Colby Avenue, Suite 1001  
P. O. Box 5397  
Everett, WA 98206-5397  
Telephone: (425) 252-5161  
Email: jwishko@andersonhunterlaw.com  

Honorable Karen A. Overstreet  
Chapter 7  

Attorneys for Herbert Young dba Kornerstone Enterprises  

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE  

In Re:                                                   ) No. 10-10-222-KAO  
                                                         )
TONKKA TRUCKING AND                                      )
EXCAVATING, LLC                                          )
                                                         )
                                    Debtor.              )
_____)
                                                         )
PETER ARKISON, solely in his capacity as                 ) Adversary No. 12-01040
chapter 7 trustee of the estate of Tonkka                )
Trucking and Excavating LLC,                             )
                                                         ) NOTICE OF APPEARANCE, REQUEST
                                    Plaintiff,           ) FOR MATRIX ENTRY, AND
                                                         ) REQUEST FOR SERVICE OF NOTICE
    v.                                                   ) AND DOCUMENTS
                                                         )
KORNERSTONE ENTERPRISES,                                 )
                                                         )
And                                                      )
                                                         )
HERB YOUNG and JANE DOE YOUNG,                           )
husband and wife and the marital community               )
composed thereof,                                        )
                                                         )
                                    Defendants.          )
_____)

TO:     DENICE E. MOEWES, Attorney for Chapter 7 Trustee;

TO:     PETER ARKISON, Chapter 7 Trustee;

TO:     U.S. TRUSTEE'S OFFICE; and

TO      CLERK OF THE COURT

NOTICE OF APPEARANCE, REQUEST FOR  
MATRIX ENTRY, ETC. - 1  

ANDERSON HUNTER LAW FIRM, P.S.  
2707 COLBY AVENUE, SUITE 1001, P.O. BOX 5397  
EVERETT, WASHINGTON 98206-5397  
TELEPHONE (425) 252-5161  
FACSIMILE (425) 258-3345  

JCW\16126\0001\00647045.V1  

Case 12-01040-MLB    Doc 7    Filed 02/28/12    Ent. 02/28/12 09:48:36    Pg. 1 of 3

Pursuant to Fed. R. Bankr. P. 9010(b), the undersigned appears for and on behalf of Herbert Young, dba Kornerstone Enterprises, in this case.

The undersigned requests, without waiver of objections to venue, that an entry be made on the Clerk's matrix master mailing list in this case and that all notices, given or required to be given, and all documents, served or required to be served, in this case, be given to and served upon the persons set forth below, in addition to any current matrix/service address for Herbert Young, dba Kornerstone Enterprises:

> Jeffrey C. Wishko
> Anderson Hunter Law Firm, P.S.
> P.O. Box 5397
> Everett, WA 98206-5397

The foregoing request includes not only the notices, papers, and pleadings required to be served by applicable Bankruptcy Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, Schedules of Assets and Liabilities, Statements of Financial Affairs, whether transmitted or conveyed by mail, courier service, delivery, telecopier, e-mail, ECF, or otherwise, and whether directed to parties-in-interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

DATED this 28 day of February, 2012.

ANDERSON HUNTER LAW FIRM, P.S.

By _____
Jeffrey C. Wishko, WSBA #12885
Attorneys for Herbert Young, dba
Kornerstone Enterprises

NOTICE OF APPEARANCE, REQUEST FOR
MATRIX ENTRY, ETC. - 2

JCW\16126\0001\00647045.V1

ANDERSON HUNTER LAW FIRM, P.S.
2707 COLBY AVENUE, SUITE 1001, P.O. BOX 5397
EVERETT, WASHINGTON 98206-5397
TELEPHONE (425) 252-5161
FACSIMILE (425) 258-3345

Case 12-01040-MLB    Doc 7    Filed 02/28/12    Ent. 02/28/12 09:48:36    Pg. 2 of 3

# DECLARATION OF SERVICE

I, Kimberly K. Rooney, do hereby declare under penalty of perjury under the laws of the State of Washington that on the 28th day of February, 2012, this document was served, by the method set forth below, upon parties of record listed below:

| | |
|---|---|
| Denice E. Moewes<br>Attorney for Chapter 7 Trustee | **Via ECF email** |
| Peter Arkison<br>Chapter 7 Trustee | **Via ECF email** |
| Office of the US Trustee | **Via ECF e-mail** |

Signed at Everett, Washington this 28th day of February, 2012.

*/s/ Kimberly K. Rooney*
Kimberly K. Rooney

NOTICE OF APPEARANCE, REQUEST FOR
MATRIX ENTRY, ETC. - 3

ANDERSON HUNTER LAW FIRM, P.S.
2707 COLBY AVENUE, SUITE 1001, P.O. BOX 5397
EVERETT, WASHINGTON 98206-5397
TELEPHONE (425) 252-5161
FACSIMILE (425) 258-3345

JCW\16126\0001\00647045.V1

Case 12-01040-MLB    Doc 7    Filed 02/28/12    Ent. 02/28/12 09:48:36    Pg. 3 of 3