|   | Judge: | Hon. Karen A. Overstreet |
|---|---|---|
|   | Chapter: | 7 |

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Bankruptcy No. 10-10222 |
|---|---|
| TONKKA TRUCKING AND EXCAVATING, LLC., | |
|         Debtors. | |
| PETER ARKISON, TRUSTEE, Solely in his capacity as Chapter 7 Trustee of the estate of Tonkka Trucking and Excavating, LLC., | Adversary No. 12-1040 |
|   | EX PARTE MOTION FOR DISMISSAL OF ADVERSARY PROCEEDING |
|         Plaintiff, | |
| v. | |
| KORNERSTONE ENTERPRISES | |
| and | |
| HERB YOUNG and JANE DOE YOUNG, husband and wife and the marital community composed thereof, | |
|         Defendants. | |

COMES NOW PETER ARKISON, the Chapter 7 Trustee in the above-referenced bankruptcy case and Plaintiff in the above referenced adversary proceeding, by and through counsel, Wood & Jones, P.S. and Denice E. Moewes, and moves this Court for an Order of Dismissal of the above-captioned adversary proceeding with prejudice, and without costs to either party.

DATE this 13th day of March, 2012.

        Wood & Jones, P.S.

        */s/ Denice E. Moewes*
        Denice E. Moewes, WSBA #19464
        Attorney for Trustee
        Peter H. Arkison

EX PARTE ORDER DISMISSING ADVERSARY PROCEEDING

Page 1

**Wood & Jones, P.S.**
303 N.67th Street
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 8    Filed 03/13/12    Ent. 03/13/12 15:21:55    Pg. 1 of 2

EX PARTE ORDER DISMISSING
ADVERSARY PROCEEDING

Page 2

**Wood & Jones, P.S.**
303 N.67th Street
Seattle WA 98103
(206) 623-4382

Case 12-01040-MLB    Doc 8    Filed 03/13/12    Ent. 03/13/12 15:21:55    Pg. 2 of 2